IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:23-CR-113-MHT-CWB |
| | ) | |
| RODDRECIUS LAVELLE GOLDSMITH | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America submits this motion for a writ of habeas corpus ad prosequendum.

The government requests such a writ of habeas corpus ad prosequendum because there is now pending in this Court an indictment against RODDRECIUS LAVELLE GOLDSMITH, now in the custody of the Elmore County Jail, 8955 U.S. Highway 231, Wetumpka, Alabama, and that this case set for arraignment at Montgomery, Alabama in this Court on June 20, 2023.

To ensure the defendant's appearance at the above-referenced proceeding, the government asks that the Court direct the Clerk of this Court to issue a writ of habeas corpus ad prosequendum addressed to Elmore County Jail, 8955 U.S. Highway 231, Wetumpka, Alabama, commanding the officials at that institution to deliver the defendant to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring the defendant before this Court for all scheduled proceedings.

Respectfully submitted this 14th day of April, 2023.

SANDRA J. STEWART
UNITED STATES ATTORNEY

/s/ Brandon W. Bates
BRANDON W. BATES
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104