IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CRIMINAL ACTION NO. |
| v.                        ) | 2:23cr113-MHT |
| ) | (WO) |
| RODDRECIUS LAVELLE         ) | |
| GOLDSMITH                  ) | |

OPINION AND ORDER

This cause is before the court on the question whether defendant Roddrecius Lavelle Goldsmith has attained the mental competency to permit his trial to proceed. The court concludes that he is now competent to stand trial.

In an indictment returned on April 4, 2023, Goldsmith was charged with one count of Hobbs Act robbery in violation of 18 U.S.C. § 1951(a) and one count of discharging a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii). On August 31, 2023, the court adjudicated Goldsmith incompetent to stand trial and committed him to the custody of the Attorney General for restoration. *See United States v. Goldsmith*, No. 2:23-cr-113-MHT, 2023 WL

5635733, at *3 (M.D. Ala. Aug. 31, 2023). The court based its determination largely on a competency evaluation authored by Dr. Holly Kaufman, who diagnosed him with schizoaffective disorder, a mild intellectual disability, and cannabis use disorder. Dr. Kaufman found that Goldsmith's mild intellectual disability impaired his capacity to understand basic courtroom procedure and think through the strategic options available to him.

On April 12, 2024, the Bureau of Prisons submitted a certificate of restoration indicating that Goldsmith is now competent to stand trial. The Bureau attached a psychological report authored by Dr. Y. Abdelaal, who evaluated Goldsmith at the Metropolitan Correctional Center in Chicago. She diagnosed him with antisocial personality disorder, alcohol use disorder, and cannabis use disorder. In contrast to Dr. Kaufman, Dr. Abdelaal did not find that he experienced schizoaffective disorder or a mild intellectual disability. Based on her observations and Goldsmith's performance on a suite of

psychological tests, Dr. Abdelaal determined that Goldsmith's mental condition was stable and did not compromise his ability to grasp the nature and consequences of the proceedings against him.

The court held an in-person restoration hearing on May 9, 2024, with Dr. Kaufman testifying. Dr. Kaufman explained that she reviewed Dr. Abdelaal's report and, after meeting with Goldsmith again, concluded that he has been restored to competency. Dr. Kaufman's professional opinion remains that Goldsmith experiences schizoaffective disorder and a mild intellectual disability, and, unlike Dr. Abdelaal, she does not find that Goldsmith meets the clinical criteria for antisocial personality disorder. Nonetheless, she determined that Goldsmith retained much of the information about courtroom procedure that he learned at the Metropolitan Correctional Center in Chicago, and he appeared better able to discuss the strategic decisions he would need to

make in his case.  All parties now agree that Goldsmith is currently competent to stand trial.

***

Accordingly, based on all prior psychological evaluations and an in-person restoration hearing on May 9, 2024, it is ORDERED that defendant Roddrecius Lavelle Goldsmith is declared mentally competent to stand trial in this case.

DONE, this the 9th day of May, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**