```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )       2:23cr113-MHT
                             )            (WO)
RODDRECIUS LAVELLE           )
GOLDSMITH                    )
```

ORDER

Based on the court's finding that defendant Roddrecius Lavelle Goldsmith is now competent to proceed, it is ORDERED that this case is set for jury selection and trial on June 17, 2024, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court concludes that, so that the parties will have time to prepare for trial, the ends of justice served by setting jury selection and trial for June 17 outweigh the interest of the public and Goldsmith in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

DONE, this the 13th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE